UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRAGAS, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-0041 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 11) |

　　L.C. Cunningham is a state prisoner, who seeks to hold the defendants liable for violations of his civil rights related to his lack of a tablet after the one he was issued stopped working and was not replaced. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 9 at 4-8.) The Court granted Plaintiff an opportunity to file an amended complaint, and informed Plaintiff that failure to do so would result in a recommendation that the action be dismissed with prejudice. (*Id.* at 9.)

　　After Plaintiff failed to file an amended complaint or otherwise respond to the Court's order, the magistrate judge reiterated the findings that Plaintiff failed to state a claim, and recommended the action be dismissed without prejudice. (Doc. 11 at 5-8.) In addition, the magistrate judge found terminating sanctions—including dismissal of the action with prejudice—were appropriate for Plaintiff's failure to prosecute the action and failure to obey the Court's order to file an amended

1

complaint, after considering the factors identified by the Ninth Circuit. (*Id*. at 9-10.)  The Court served these Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (*Id.* at 10.)  The Court advised him that the "[f]ailure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, at 10-11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated (Doc. 11) are **ADOPTED** in full.
2. The action is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 9, 2024**

UNITED STATES DISTRICT JUDGE

2